# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

ASHLEY GENTRY, individually
and on behalf of All Others Similarly Situated,

    Plaintiff,

v.

JACOB KOSTECKI, an individual,

    Defendant.

Case No. 1:20-cv-01284-WJM-STV

## REQUEST FOR ENTRY OF DEFAULT
## AGAINST DEFENDANT JACOB KOSTECKI

TO:    Jeffrey P. Colwell, Esq., Clerk of Court
         United States District Court
         District of Colorado

Plaintiff ASHLEY GENTRY, an individual, and on behalf of all other persons similarly situated as defined in the Class Action Complaint filed herein (Docket Entry No. ["DE"] 1) ("Plaintiff"), by and through undersigned counsel and pursuant to Fed.R.Civ.P. 55(a), hereby requests entry of a default against **Defendant JACOB KOSTECKI, an individual** ("Defendant"), for his failure to appear or otherwise respond to the Complaint within the time specified by the Court and the Federal Rules of Civil Procedure.

On May 7, 2020, Plaintiff filed her Complaint in this matter. [DE 1].

On June 12, 2020, a true and correct copy of the Complaint, Summons, and other initiating documents were served upon Defendant. An affidavit of service, certifying that the foregoing service was completed, was filed with the Court on June 15, 2020. [DE 16].

Upon considering a motion filed by Defendant in which he requested additional time to respond to the Complaint [DE 19], the Court entered an Order on July 8, 2020 requiring Defendant to respond to the Complaint on or before August 6, 2020.  [DE 21].

The Court-imposed deadline for Defendant to respond to the Complaint has passed, and Defendant has not been granted any further extension of time to respond to the Complaint. Moreover, Defendant -- who is not an infant, in the military, or an incompetent person -- has failed to answer or otherwise respond to the Complaint or serve any answer or other response upon Plaintiff's attorneys of record.

Under Fed.R.Civ.P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

A proposed Certificate of Clerk's Default is attached hereto for the Court's convenience.

Respectfully submitted,

**SILVER MILLER**
11780 W. Sample Road
Coral Springs, Florida 33065
Telephone:     (954) 516-6000

By:  /s/ *David C. Silver*
         DAVID C. SILVER
         Florida Bar No. 572764
         E-mail: DSilver@SilverMillerLaw.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic mail only this   11th   day of August 2020, to: **JACOB KOSTECKI**, *Defendant*, E-mail: jacob@massiveadoption.com.

        /s/ *David C. Silver*
         DAVID C. SILVER

- 2 -