# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ASHLEY GENTRY, individually and on behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>JACOB KOSTECKI, an individual,<br><br>      Defendant. | Case No. 1:20-cv-01284-WJM-STV |

## **DECLARATION OF DAVID C. SILVER**

Pursuant to 28 U.S.C. § 1746, I, DAVID C. SILVER, declare and affirm the following:

1. My name is David C. Silver. I am more than 21-years-old and make this Declaration based upon my personal knowledge and review of the relevant documents.

2. I am an attorney licensed to practice law in the United States District Court for the District of Colorado; and I currently represent Plaintiff in the above-captioned lawsuit.

3. Defendant JACOB KOSTECKI, an individual ("Defendant"), was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on June 12, 2020, as evidenced by the proof of service on file with this Court. [DE 16].

4. Upon considering a motion filed by Defendant in which he requested additional time to respond to the Complaint [DE 19], the Court entered an Order on July 8, 2020 requiring Defendant to respond to the Complaint on or before August 6, 2020. [DE 21].

5. The Court-imposed deadline for Defendant to respond to the Complaint has passed, and Defendant has not been granted any further extension of time to respond to the Complaint.

**SILVER MILLER**
11780 West Sample Road • Coral Springs, Florida 33065 • Telephone (954) 516-6000
www.SilverMillerLaw.com

6. Defendant has failed to serve or file a pleading or otherwise respond to the Complaint. The applicable time limit for responding to the Complaint has expired.

7. Defendant is not a minor or an incompetent person.

8. Defendant is not currently in the military service, and therefore the Servicemembers Civil Relief Act does not apply.

## **VERIFICATION**

I, DAVID C. SILVER, hereby verify and declare under penalty of perjury that I am counsel for Plaintiff in the above-captioned matter, that I have read the foregoing Declaration and know the contents thereof, and that the matters contained in the Declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

_/s/ David C. Silver_
DAVID C. SILVER

DATED this __11th__ day of August 2020.