IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ASHLEY GENTRY, individually and on behalf of All Others Similarly Situated,<br><br>　　Plaintiff,<br><br>v.<br><br>JACOB KOSTECKI, an individual,<br><br>　　Defendant. | Case No. 1:20-cv-01284-WJM-STV |

## DECLARATION OF ASHLEY GENTRY

Pursuant to 28 U.S.C. § 1746, I, ASHLEY GENTRY, declare and affirm the following:

1. My name is Ashley Gentry. I am over eighteen (18) years of age, I am the plaintiff in the above-captioned lawsuit, and I make this declaration based upon my personal knowledge.

2. I live in San Dimas, California; and I had planned to attend the February 27-28, 2020 "Massive Adoption in Memphis: Blockchain and Digital Assets" conference in Memphis, Tennessee fraudulently promoted by Defendant JACOB KOSTECKI, an individual ("Defendant KOSTECKI").

3. I have reviewed, and am familiar with, the Complaint filed in this action. All of the factual allegations contained within the Complaint, as they relate to my claim, are true and correct.

Case No. 1:20-cv-01284-WJM-STV

4. In anticipation of attending the Massive Adoption conference, I incurred expenses in the amount of Seven Hundred Ninety Four Dollars ($794.00) to cover the costs of, *inter alia*, convention tickets and a travel package deal (airfare and lodging accommodations).

5. Notwithstanding Defendant KOSTECKI's promise that I would receive a full refund of the expenses I had incurred, I have received no refund whatsoever.

**6. As a result of the foregoing, I have been damaged in that I have lost no less than the approximate principal U.S. Dollar equivalent value of Seven Hundred Ninety Four Dollars ($794.00).**

FURTHER AFFIANT SAYETH NAUGHT.

## VERIFICATION

I, ASHLEY GENTRY, hereby verify and declare under penalty of perjury that I have read the foregoing declaration and know the contents thereof, and that the matters contained in the declaration are true to my own knowledge.

I hereby verify and declare under penalty of perjury that the foregoing is true and correct.

*ashley gentry*
_____
ASHLEY GENTRY

DATED this __22__ day of __July__ 2021.

2