# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1284-WJM-STV

ASHLEY GENTRY, individually
and on behalf of all others similarly situated,

    Plaintiff,

v.

JACOB KOSTECKI, an individual

    Defendant.

## DEFAULT JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 55(b), the following Judgment is hereby entered.

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment and Dismissing Remaining Claims Without Prejudice [42] entered by the Honorable William J. Martinez on January 19, 2022, and incorporated herein by reference as if fully set forth, it is

ORDERED that

1. Default judgment is hereby entered in favor of Plaintiff, Ashley Gentry, and against Defendant, Jacob Kostecki, for damages in the amount of $1,711.35, consisting of $794.00 for breach of contract and $917.35 in costs;

2. All other claims are dismissed WITHOUT PREJUDICE for lack of jurisdiction; and

1

3. This case is terminated.

DATED at Denver, Colorado, this 19th day of January, 2022.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: <u>s/ H. Guerra</u>
H. Guerra,
Deputy Clerk

2